Filed cB
REC'D 30 NOV '11 15:35 USDC-ORP

**UNDER SEAL**

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11-CR-476 SI |
| Plaintiff, | |
| v. | **INDICTMENT** |
| JORGE OROZCO, aka "George" | 21 U.S.C. § 841(a)(1) <br> 21 U.S.C. § (b)(1)(B)(viii) <br> 21 U.S.C. § 853 |
| Defendant. | **UNDER SEAL** |

**THE FEDERAL GRAND JURY CHARGES:**

**COUNT 1: DISTRIBUTION OF METHAMPHETAMINE**

On or about December 10, 2009, in the District of Oregon, the defendant **JORGE OROZCO**, did knowingly and intentionally distribute 5 grams of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

### COUNT 2: DISTRIBUTION OF METHAMPHETAMINE

On or about March 3, 2010, in the District of Oregon, the defendant **JORGE OROZCO**, did knowingly and intentionally distribute 5 grams of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

### COUNT 3: DISTRIBUTION OF METHAMPHETAMINE

On or about September 23, 2010, in the District of Oregon, the defendant **JORGE OROZCO**, did knowingly and intentionally distribute 5 grams of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

### COUNT 4: DISTRIBUTION OF METHAMPHETAMINE

On or about January 26, 2011, in the District of Oregon, the defendant **JORGE OROZCO**, did knowingly and intentionally distribute 5 grams of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

### COUNT 5: DISTRIBUTION OF METHAMPHETAMINE

On or about June 30, 2011, in the District of Oregon, the defendant **JORGE OROZCO**, did knowingly and intentionally distribute 5 grams of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT 6: DISTRIBUTION OF METHAMPHETAMINE

On or about August 16, 2011, in the District of Oregon, the defendant **JORGE OROZCO**, did knowingly and intentionally distribute 5 grams of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged in Counts 1 through 6 of this indictment, defendant **JORGE OROZCO**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and/or to facilitate the commission of the said violations including but not limited to the following:

1. **CONVEYANCES**

2007 Lincoln Navigator, Vehicle Identification Number 5LMFU27567LJ12007.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

Page 3 – INDICTMENT

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated this 30 day of November, 2011.

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

PAMALA R. HOLSINGER, OSB #892638
Assistant United States Attorney

CRAIG J. GABRIEL, OSB #012571
Assistant United States Attorney

Page 4 – INDICTMENT