Larry R. Roloff, OSB No. 722167
Attorney at Law
132 East Broadway, Suite 233
Eugene, OR 97401-3154
Telephone:  541 686 8695
Fax:  541 686 8751
E-mail:  roloffaal@yahoo.com

Attorney for:   JORGE OROZCO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. CR 11 00476-SI |
|---|---|
| Plaintiff, | MOTION TO POSTPONE TRIAL, EXCLUDE SIXTY (60) DAYS (UNOPPOSED) |
| vs. | |
| JORGE OROZCO, | |
| Defendant. | |

COMES NOW the Defendant, JORGE OROZCO, by and through his attorney, LARRY R. ROLOFF, and respectfully moves the Court for an Order postponing trial in the above entitled proceeding currently scheduled for Tuesday, February 14, 2012.

Defendant further moves the Court for the exclusion of sixty (60) days.  The time until the requested trial date should be deemed excludable time pursuant to the Speedy Trial Act of 18 U.S.C. § 3161(h)(8)(A), (8)(B)(iv) in the interest of justice.

This is the first request for postponement.  Assistant United States Attorney Craig J. Gabriel does not oppose this Motion for postponement.

The Defendant is not in custody.

\\\\

LARRY R. ROLOFF
ATTORNEY AT LAW
SUITE 233
132 EAST BROADWAY
EUGENE, OR 97401-3154
(541) 686 8695
FAX (541) 686 8751

Page 1 – MOTION TO POSTPONE TRIAL, EXCLUDE SIXTY (60) DAYS (UNOPPOSED)          br/orozco(postpone 2-12)

1     Additional time is needed to investigate the case.

2     DATED this 6th day of February, 2012.

                     /s/ Larry R. Roloff
                      Larry R. Roloff, OSB No. 722167
                      Attorney for Defendant

Page 2 – MOTION TO POSTPONE TRIAL, EXCLUDE SIXTY (60) DAYS (UNOPPOSED)     br/orozco(postpone 2-12)

LARRY R. ROLOFF
ATTORNEY AT LAW
SUITE 233
132 EAST BROADWAY
EUGENE, OR 97401-3154
(541) 686 8695
FAX (541) 686 8751